# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 04 C 1645 | **DATE** | 3/3/2004 |
| **CASE TITLE** | Paul J. Perlin, et al vs. Thomas D. Slater, et al | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
   ☐ FRCP4(m)   ☐ Local Rule 41.1   ☐ FRCP41(a)(1)   ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] Enter Memorandum Opinion and Order. Perlins' counsel is ordered to file in this court's chambers on or before March 12, 2004 an amendment to the complaint that amends Complaint ¶¶ 1 and 2 by identifying the individual parties' states of citizenship.

(11) ■ [For further detail see order attached to the original minute order.]

| | No notices required, advised in open court. | | | Document Number |
|---|---|---|---|---|
| | No notices required. | | number of notices | |
| ✓ | Notices mailed by judge's staff. | | MAR 05 2004 | |
| | Notified counsel by telephone. | | date docketed | 2 |
| | Docketing to mail notices. | | docketing deputy initials | |
| | Mail AO 450 form. | U.S. DISTRICT COURT | 3/3/2004 | |
| | Copy to judge/magistrate judge. | | date mailed notice | |
| SN | courtroom deputy's initials | Date/time received in central Clerk's Office | SN mailing deputy initials | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

PAUL J. PERLIN, et al., )
)
        Plaintiffs, )
)
v. ) No. 04 C 1645
)
THOMAS D. SLATER, et al., )
)
        Defendants. )

DOCKETED
MAR 0 5 2004

MEMORANDUM OPINION AND ORDER

Paul and Marilee Perlin (collectively "Perlins") have sued Thomas and Deana Slater (collectively "Slaters") and Slater's Americana, Inc. ("Americana"), seeking to invoke federal subject matter jurisdiction on diversity of citizenship grounds. Because Perlins' counsel has not properly alleged subject matter jurisdiction in two respects, this memorandum order is issued sua sponte to require those errors to be corrected promptly.

Although Complaint ¶3 does the job properly as to Americana, identifying both facets of its corporate citizenship under 28 U.S.C. §1332(c)(1), Complaint ¶¶1 and 2 refer only to the individual parties' places of residence and not to their states of citizenship (by definition the relevant fact for diversity purposes). Even though Held v. Held, 137 F.3d 998, 1000 (7th Cir. 1998) calls for dismissal in such circumstances, this Court is loath to stick Perlins with an extra $150 filing fee because of their counsel's mistake if (as is most often the case) the individuals' states of citizenship do correspond to their places

of residence.

Accordingly Perlins' counsel is ordered to file in this Court's chambers on or before March 12, 2004 (with a copy to be transmitted contemporaneously to Slaters and Americana or, if their counsel is known, to that counsel) an amendment to the Complaint (not a self-contained Amended Complaint, which would only waste a lot of paper) that amends Complaint ¶¶1 and 2 by identifying the individual parties' states of citizenship. Because Perlins should not be required to pay for their counsel's oversight, no charge is to be made to them for the added work and expense incurred in correcting the Complaint's errors. Perlins' counsel is ordered to apprise his clients to that effect by letter, with a copy to be transmitted to this Court's chambers as an informational matter (not for filing).

                                                                    Milton I. Shadur
                                                                    Senior United States District Judge

Date:  March 3, 2004